UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RODNEY D. ZEUNE,
        Plaintiff,
v.

Civil Action 2:14-cv-00153
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

GARY MOHR et al.,
        Defendants.

## ORDER

This matter is before the Court for consideration of a report and recommendation issued on April 11, 2014. *See* doc. 8. Magistrate Judge Deavers recommended that Plaintiff's claims against Mike DeWine, Ron O'Brien, Jennifer Hunt, Seth Gilbert, Jeremy Smith, Sean T. McCullough, Judge John F. Bender, the Ohio Department of Rehabilitation and Corrections, and the State of Ohio be dismissed for failure to state claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2). *Id.* at 9–10. The report and recommendation advised the parties that a failure to object within fourteen days would result in a waiver of the right to a *de novo* review. *Id.* The time period for objections has run and no party has objected. Therefore, the Court **ADOPTS** the report and recommendation. Consequently, Plaintiff's claims against Mike DeWine, Ron O'Brien, Jennifer Hunt, Seth Gilbert, Jeremy Smith, Sean T. McCullough, Judge John F. Bender, the Ohio Department of Rehabilitation and Corrections, and the State of Ohio are **DISMISSED with prejudice** for failure to state claim upon which relief can be granted.

IT IS SO ORDERED.

5-6-2014
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE