THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RODNEY D. ZEUNE,

        Plaintiff,

v.

GARY MOHR, et al.

        Defendants.

Case No. 2:14-cv-153
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

## ORDER

On January 20, 2015, the United States Magistrate Judge recommended that Plaintiff's claims for injunctive relief be dismissed without prejudice as moot. (ECF No. 28.) Although the parties were advised of their right to object to the recommendation and of the consequence of their failure to do so, there has been no objection. The Court therefore **ADOPTS** the Magistrate Judge's Report and Recommendation. Plaintiff's claims for injunctive relief are **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

6-4-2015
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE