UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RODNEY D. ZEUNE,

       Plaintiff,

v.

GARY MOHR, et al.,

       Defendants.

Case No. 2:14-cv-153
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

On October 27, 2015, the Magistrate Judge recommended that Plaintiff's Motion for Summary Judgment ("MSJ") [ECF No. 30] be denied and that Defendants' MSJ [ECF No. 32] be granted. (Report & Recommendation at 1 [ECF No. 40].) The Report and Recommendation advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The time period for objections has run and no party has objected. Accordingly, the Report and Recommendation [ECF No. 40] is **ADOPTED** and, thus, Plaintiff's MSJ [ECF No. 30] is **DENIED** and Defendants' MSJ [ECF No. 32] is **GRANTED**.

    IT IS SO ORDERED.

11-23-2015
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE